1  JULIE CAVANAUGH-BILL
   Nevada Bar No. 11533
2  CAVANAUGH-BILL LAW OFFICES, LLC
   Henderson Bank Building
3  401 Railroad Street, Suite 307
   Elko, NV 89801
4  (775)753-4357
   (775)753-4360-Facsimile
5
   JEFFREY A. DICKERSON
6  Nevada Bar No. 2690
   9585 Prototype Ct., Suite A
7  Reno, NV 89521
   (775)786-6664
8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                          ***
   _____

12 NAOMI HENEAGE,

13     Plaintiff,                **CASE NO. 3:11-cv-00686-LRH-WGC**

14 vs.

15 DTE ENERGY, NEWMONT MINING, and    **NOTICE OF DISASSOCIATION OF COUNSEL**

16 NEVADA ENERGY INVESTMENT, LLC

17     Defendants.
   _____/

18

19 TO:   The Clerk of the above-entitled court, and to all parties and their attorneys of record:

20     NOTICE IS HEREBY GIVEN that attorney JOHN NEIL STEPHENSON, Associate Attorney

21 is no longer associated with the Cavanaugh-Bill Law Offices, LLC. Therefore the Cavanaugh Bill

22 Law Offices respectfully requests the removal of attorney JOHN NEIL STEPHENSON'S name from

23 the list of attorneys associated with this case, service of pleadings, notices, orders and other

24 documents on the Court's official roster and counsel's proofs of service.

25 ///

26 ///

27 ///

28 ///

DATED: July 18, 2013

Respectfully submitted by,

**CAVANAUGH-BILL LAW OFFICES, LLC**
*/s/ Julie Cavanaugh Bill*

_____
JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
401 Railroad Street, Suite 307
Elko, Nevada 89801

IT IS SO ORDERED.

DATED: July 22, 2013.

_____
UNITED STATED MAGISTRATE JUDGE

-2-