1  JULIE CAVANAUGH-BILL
   Nevada Bar No. 11533
2  CAVANAUGH-BILL LAW OFFICES, LLC
   Henderson Bank Building
3  401 Railroad Street, Suite 307
   Elko, NV 89801
4  (775)753-4357
   (775)753-4360-Facsimile
5
   JEFFREY A. DICKERSON
6  Nevada Bar No. 2690
   9585 Prototype Ct., Suite A
7  Reno, NV 89521
   (775)786-6664
8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10                DISTRICT OF NEVADA

11                        ***
   _____
12
   NAOMI HENEAGE,
13
        Plaintiff,                **CASE NO. 3:11-cv-00686-LRH-WGC**
14
   vs.
15
   DTE ENERGY, NEWMONT MINING, and    **NOTICE OF DISASSOCIATION OF COUNSEL**
16
   NEVADA ENERGY INVESTMENT, LLC
17
        Defendants.
   _____/
18
   TO:   The Clerk of the above-entitled court, and to all parties and their attorneys of record:
19
        NOTICE IS HEREBY GIVEN that attorney JOHN NEIL STEPHENSON, Associate Attorney
20
   is no longer associated with the Cavanaugh-Bill Law Offices, LLC. Therefore the Cavanaugh Bill
21
   Law Offices respectfully requests the removal of attorney JOHN NEIL STEPHENSON'S name from
22
   the list of attorneys associated with this case, service of pleadings, notices, orders and other
23
   documents on the Court's official roster and counsel's proofs of service.
24
   ///
25
   ///
26
   ///
27
   ///
28

*CAVANAUGH-BILL LAW OFFICES, LLC*
401 Railroad Street, Ste 307
Elko, NV 89801
(775)753-4357

DATED: July 18, 2013

Respectfully submitted by,

**CAVANAUGH-BILL LAW OFFICES, LLC**
*/s/ Julie Cavanaugh Bill*

JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
401 Railroad Street, Suite 307
Elko, Nevada 89801

IT IS SO ORDERED.

DATED:  July 22, 2013.

UNITED STATED MAGISTRATE JUDGE