UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NAOMI HENEAGE, | 3:11-cv-00686-LRH-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | August 19, 2016 |
| DTE ENERGY, *et al.*, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    Katie Lynn Ogden         REPORTER:             FTR

COUNSEL FOR PLAINTIFF:  Julie Cavanaugh-Bill (Telephonically)

COUNSEL FOR DEFENDANTS:   Molly Rezac (Present obo: DTE Energy) and Rico Cordova

(Present obo: Nevada Energy Investment, LLC)

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:01 a.m.  Court convenes.

The court convenes to address Defendant NEI's Motion for Leave to Propound Additional Interrogatories (ECF No. 72).

Mr. Cordova informs the court the parties have reached an agreement regarding the discovery motion and requests the motion be withdrawn.  Mr. Cordova represents Plaintiff has agreed to submit to a second day of deposition to allow defendant DTE Energy time to ask their questions, which satisfies NEI's request to propound interrogatories on Plaintiff or, alternatively, Plaintiff submit to additional deposition time.

IT IS ORDERED that Defendant NEI's Motion for Leave to Propound Additional Interrogatories (ECF No. 72) is **WITHDRAWN**.

The court next addresses discovery in general.  Mr. Cordova indicates due to scheduling conflicts, two of the remaining depositions are currently scheduled outside the close of discovery deadline.  Collectively, the parties request an extension of time to conduct the remaining depositions.

Minutes of Proceedings
3:11-cv-00686-LRH-WGC
August 19, 2016

      The court agrees an extension of time as to the discovery deadline is appropriate to allow timely completion of the depositions; however, extending the discovery deadline will likely impact other related deadlines contained in the scheduling order (ECF No. 21).  Therefore, IT IS FURTHER ORDERED that the scheduling order is revised as follows:

- Discovery Cut-Off: **Friday, 10/7/2016**;

- Dispositive Motion(s): **Friday, 11/4/2016**;

- Proposed Joint Pretrial Order: **Friday, 12/2/2016**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

      IT IS FURTHER ORDERED that the Plaintiff shall be allowed to take eleven (11) depositions rather than the standard 10 (ten) depositions.

      There being no additional matters to address at this time, court adjourns at 10:15 a.m.

                                      LANCE S. WILSON, CLERK

                                      By:  _____/s/_____
                                               Katie Lynn Ogden, Deputy Clerk